AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOSE L. NIEVES,

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

### V.

CASE NUMBER: CV 319-002

STACY MOODY, Correctional Officer,

      Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 25, 2020, the Report and Recommendations of the Magistrate Judge is ADOPTED as the Court's opinion; therefore, Plaintiff's Motion for Summary Judgment is DENIED. Furthermore, Defendant's Motion for Summary Judgment is GRANTED. Judgment is hereby ENTERED in favor of Defendant. This case stands CLOSED.



08/25/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/1/03